IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| ALBERT BRUCE SINGLETARY, | : | Criminal Action No. |
| | : | 5:08-CR-12(HL) |
| Defendant. | : | |
| | : | |

# ORDER

After entering his plea of guilty, Defendant filed a pro se Motion to Dismiss (Doc. 71), even though the Court had previously denied several identical motions earlier in the case.  Before the Court ruled on this Motion to Dismiss, Defendant filed a Notice of Appeal (Doc. 76).  The appeal is still pending.  "The filing of a notice of appeal generally 'confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" In re Mosley, 494 F.3d 1320, 1328 (11th Cir. 2007).  The Motion to Dismiss before the Court is therefore dismissed.

**SO ORDERED**, this the 30th day of July, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, Judge**

dhc