IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 5:08-CR-12 (HL) |
| | : | |
| ALBERT BRUCE SINGLETARY, | : | |
| Defendant | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 102) filed April 29, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 103) filed May 24, 2010 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 25th day of June, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**